**LINCOLN ELECTRIC COMPANY and Lincoln Global, Inc., Appellants,**

v.

**INTERNATIONAL TRADE COMMISSION,**
**Appellee,**

and

**The Esab Group, Inc., Intervenor,**

and

**Sidergas SpA, Intervenor.**

No. 2011–1087.

United States Court of Appeals, Federal Circuit.

Jan. 18, 2012.

Terrance J. Wikberg, Perkins Coie, LLP, of Washington, DC, argued for appellants. With him on the brief were James B. Coughlan and Brandon M. White; and Dan L. Bagatell, of Phoenix, Arizona.

Jia Chen, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for appellee. With him on the brief were James Lyons, General Counsel and Michelle Klancnik, Acting Assistant General Counsel.

Blas P. Arroyo, Alston & Bird, LLP, of Charlotte, North Carolina, argued for all intervenors. With him on the brief for intervenor ESAB Group, Inc. was Matthew Scott Stevens; and Stephen B. Mosier, Norman P. Soloway and Clark Edward Proffitt, Hayes Soloway P.C., of Tucson, Arizona, for intervenor Sidergas SpA.

LOURIE, DYK, and REYNA, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**